|  |  |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | SOUTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| BRYAN MARSHALL BRATT,<br><br>  Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, COMPOSITIONS OF MGA ENTERTAINMENT, HOTEL PARADIS MUSIC, JONATHAN GORDON, DUSTIN EARL BROWN, and ALEX GERINGAS,<br><br>  Defendants. | Case No.: 22-cv-1984-RSH-WVG<br><br>**ORDER DENYING MOTION TO SET ASIDE DISMISSAL AND FOR LEAVE TO AMEND**<br><br>[ECF No. 18] |

On July 6, 2023, the Court dismissed this action without prejudice. ECF No. 13. On May 21, 2024, Plaintiff filed a motion to set aide the dismissal and for leave to file an amended complaint. ECF No. 18. Specifically, Plaintiff requests "[t]hat the Court vacate its order of dismissal dated April 5, 2024," and "[t]hat the Court grant Plaintiff leave to file a Second Amended Complaint." ECF No. 18 at 11.

The relief that Plaintiff requests refers to a separate and similar case, *Bratt v. MGA Entertainment et al.*, No. 23-cv-1457-RSH-VET (S.D. Cal.) ("*Bratt II*"), that Plaintiff filed approximately two months after the Court dismissed this, his first, case. The Court in turn

dismissed *Bratt II* on April 5, 2024. In *Bratt II*, Plaintiff has filed a similar motion to set aside the dismissal and for leave to file an amended complaint. The Court will separately consider Plaintiff's motion in *Bratt II*. However, inasmuch as Plaintiff has filed a motion in *Bratt I* that seeks relief in *Bratt II*, the Court denies the motion.

Accordingly, Plaintiff's motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 25, 2024

*Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge